United States District Court
Northern District of California

1
2
3
4                         UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   HID GLOBAL CORPORATION,              Case No.  23-mc-80114-SVK

8                  Plaintiff,

9          v.                            **REFERRAL FOR PURPOSE OF
                                         DETERMINING RELATIONSHIP**
10  VECTOR FLOW, INC.,

11                 Defendant.

12

13          Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the

14  Honorable Virginia K. DeMarchi for consideration of whether the case is related to *HID Global*

15  *Corp. v. Vector Flow, Inc.*, 22-mc-80134-VKD.

16          **SO ORDERED.**

17  Dated: April 11, 2023

18                                       _____

19                                       SUSAN VAN KEULEN
                                         United States Magistrate Judge
20
21
22
23
24
25
26
27
28